# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH FITZGERALD, )
                  Plaintiff, )    Case No. 2:15-cv-01580-RFB-CWH
vs. )    **ORDER**
HYUNDAI MOTOR COMPANY, et al., )
                  Defendants. )

Presently before the Court is attorneys Christian M. Morris and Lloyd Baker's Motion to Withdraw as Counsel for Plaintiff Kenneth Fitzgerald (ECF No. 12). Having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that Christian M. Morris and Lloyd Baker's Motion to Withdraw as Counsel for Plaintiff Kenneth Fitzgerald (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that attorneys Christian M. Morris and Lloyd Baker must serve a copy of this Order on Plaintiff Kenneth Fitzgerald.

IT IS FURTHER ORDERED that on or before December 2, 2015, Plaintiff Kenneth Fitzgerald must file a written notice with the Court stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Plaintiff Kenneth Fitzgerald on or before December 2, 2015.

DATED: November 2, 2015

                                                  **C.W. Hoffman, Jr.**
                                                  **United States Magistrate Judge**