# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FITZGERALD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HYUNDAI MOTOR COMPANY, et al., ) <br> ) <br> Defendants. ) | Case No.  2:15-cv-01580-RFB-CWH <br><br> **ORDER** |

On November 2, 2015, the court entered an order granting attorneys Christian M. Morris and Lloyd Baker's motion to withdraw as counsel for Plaintiff Kenneth Fitzgerald. (Order (ECF No. 13).) The court further ordered Mr. Morris and Mr. Baker to serve a copy of the court's order on Plaintiff Fitzgerald. (*Id.*)  Counsel is ordered to file proof of that service by December 17, 2015.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must serve this order on attorneys Christian M. Morris and Lloyd Baker via CM/ECF, the court's electronic filing system.

DATED: December 9, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**