# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FITZGERALD, ) | |
| Plaintiff, ) | Case No. 2:15-cv-01580-RFB-CWH |
| vs. ) | **ORDER** |
| HYUNDAI MOTOR COMPANY, et al., ) | |
| Defendants. ) | |

On November 2, 2015, the court entered an order granting attorneys Christian M. Morris and Lloyd Baker's motion to withdraw as counsel for Plaintiff Kenneth Fitzgerald. (Order (ECF No. 13).) In light of that order, on or before January 6, 2016, Plaintiff Kenneth Fitzgerald must file a written notice with the court stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Plaintiff Kenneth Fitzgerald on or before January 6, 2016.

IT IS SO ORDERED.

DATED: December 16, 2015

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**