UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH FITZGERALD<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HYNDAI MOTOR COMPANY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01580-RFB-CWH<br><br>ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 21) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered February 23, 2016.

　　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 11, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 21) is
2 **ACCEPTED and ADOPTED in full**.
3     **IT IS ORDERED** that Plaintiff Kenneth Fitzgerald's case be dismissed, without prejudice.
4     **IT IS FURTHER ORDER** that the Clerk of Court shall serve this Order on the person(s)
5 and respective addresses noted in the Report and Recommendation. The Clerk shall enter judgment
6 accordingly and close the case.
7     DATED this 23rd day of March, 2016.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE